# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 21 MAL 2016

                Respondent    :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

                    v.    :

MICHAEL HOLLY,    :

                Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.